IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SAMUEL BROWNLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 12-2052-JDT-tmp |
| ) | |
| CITY OF MEMPHIS, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
ORDER OF DISMISSAL

Plaintiff Samuel Brownlee, a resident of Memphis, Tennessee, filed a *pro se* complaint on January 23, 2012, pursuant to, *inter alia*, 42 U.S.C. §§ 1983, 1985(3), and 1986, accompanied by a motion seeking leave to proceed *in forma pauperis*. (Docket Entries 1 & 2.) The Court subsequently granted leave to proceed *in forma pauperis*. (D.E. 3.) On October 29, 2012, the Court dismissed portions of the complaint and directed that process be issued for the remaining Defendants. (D.E. 6.) The case was referred to the assigned U.S. Magistrate Judge on March 27, 2013, for case management and handling of all pretrial matters by determination or by report and recommendation, as appropriate. (D.E. 8.)

On May 1, 2013, Plaintiff's daughter, Donna Brownlee, submitted a "Notice of Death" accompanied by a death certificate showing that Plaintiff died on March 1, 2013. (D.E. 16.) The Magistrate Judge issued a Report and Recommendation on August 20, 2013,

in which he recommended that the case be dismissed because no motion for substitution had been made, as required by Federal Rule of Civil Procedure 25(a)(1). Objections to that report and recommendation were due within 14 days. See Fed. R. Civ. P. 72(b)(2). However, no objections have been filed.

The Court ADOPTS the Magistrate's Report and Recommendation, and this case is hereby DISMISSED in accordance with Rule 25(a)(1). The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

                                       s/ **James D. Todd**
                                       JAMES D. TODD
                                       UNITED STATES DISTRICT JUDGE